UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

CASEY WEATHERS, DARAN PENNEY, JACOB VONBUSKIRK, JEFF KOPULOS, and ROBERT YOUNG, individually on behalf of themselves and all others similarly situated,

                Plaintiffs,

  v.

NATIONAL COATINGS II, INC. d/b/a NATIONAL COATINGS, INC., a Michigan corporation, ROBERT FORSMAN an individual, and ZEBULON HADLEY, an individual.

                Defendants.

Case No. 1:18-CV-00151-JNT-ESC

HON. JANET T. NEFF

## ORDER

The Court has reviewed the parties' Joint Motion for Approval of Settlement Agreements and Stipulation of Dismissal with Prejudice and the settlement agreements that have been submitted to the Court. The Court finds that the settlement agreement is fair and reasonable in light of all of the relevant circumstances described in the Joint Motion.

IT IS THEREFORE ORDERED that the settlement agreement is approved and this case is dismissed with prejudice.

Date: March 29, 2018

                                            /s/ Janet T. Neff
                                           Honorable Janet T. Neff
                                           United States District Court Judge